# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

```
                                        ____ FILED        ____ RECEIVED
                                        ____ ENTERED      ____ SERVED ON
                                             COUNSEL/PARTIES OF RECORD

                                             APR 27 2026

                                        CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                        BY: _____ DEPUTY
```

UNITED STATES OF AMERICA,

               Plaintiff,

-vs-

JIMMY ESCOBAR - NERIO

               Defendant.

Case No.

**ORDER**

2:26 - MJ - 302

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this ___27___ day of ___APRIL___, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

1